IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICIA ANN CANNON,  :
:
    Plaintiff,  :
:
vs.  :
    :   CIVIL ACTION 13-0398-M
CAROLYN W. COLVIN,  :
Social Security Commissioner,  :
:
    Defendant.  :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Patricia Ann Cannon.

DONE this 31st day of January, 2014.

                      s/BERT W. MILLING, JR.
                      UNITED STATES MAGISTRATE JUDGE